UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| J STAR MOTORS, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>J-STAR AUTO SALES, an entity of unknown form; JEFFREY STEIGNER, an individual; and, DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: SACV06-1192-GW(RNBx)<br><br>**PERMANENT INJUNCTION**<br><br>DATE:　July 7, 2008<br>TIME:　8:30 a.m.<br>CTRM:　10<br><br>Assigned To:  Hon. George H. Wu<br>Complaint Filed:  December 6, 2006 |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Defendant Jeffrey Steigner ("Defendant"), along with his agents, servants, employees, representatives, successors, assignees, and alter egos, and all those persons or entities acting in concert or participation with him, shall be and hereby are **PERMANENTLY ENJOINED** and restricted from:

　　(a)　imitating, copying, or making any other infringing use or infringing distribution of J Star's Trademark "J STAR," which has the following Trademark/Service Mark Registration Number: **3115856**.

1

1       (b)    manufacturing, assembling, producing, distributing, offering for distribution, circulation, selling, offering for sale, advertising, importing, promoting, or displaying any item or thing bearing any simulation, reproduction, counterfeit, copy, or color imitation of J Star Motors' registered trademark or service mark, including, but not limited to, the trademark and service mark registration number listed in paragraph (a) above;

      (c)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any good or service provided by the enjoined persons has been distributed, offered for distribution, advertised, promoted, displayed, licensed, approved, or authorized by or for J Star Motors, when such is not true in fact;

      (d)    using the names, logos, or other variations thereof of J Star Motors' trademark protected names;

      (e)    engaging in any other activity constituting an infringement of J Star Motors' trademark and service mark, or of J Star Motors' rights in, or right to use or to exploit this trademark and service mark, or constituting any dilution of J Star Motors' name, reputation, or goodwill; and

      (g)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.

**IT IS SO ORDERED.**

Dated: December 3, 2008

                                    GEORGE H. WU
                                    UNITED STATES DISTRICT JUDGE